```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

VANESSA L. SULLIVAN,              *
                                  *
    Plaintiff,                    *   CIVIL ACTION NO. 14-00009-B
                                  *
vs.                               *
                                  *
CAROLYN W. COLVIN,                *
Commissioner of Social Security,  *
                                  *
    Defendant.                    *

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff's claim for supplemental security income be **AFFIRMED.**

    **DONE** this **31st** day of **March, 2015.**

                                                   /s/ SONJA F. BIVINS
                                      **UNITED STATES MAGISTRATE JUDGE**